```
SEAN ANDERSON
Yosemite Legal Officer
JEFFREY SPIVAK
Assistant United States Attorneys
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>DAVID J. NOVOTNY,<br><br>              Defendant. | Case No. 6:24-mj-00010-HBK<br><br>INFORMATION<br><br>VIOLATION: 36 C.F.R. § 2.35(b)(2) – Possession of a controlled substance (Dimethyltryptamine (DMT))<br><br>[Class B Misdemeanor] |

I N F O R M A T I O N

The United States Attorney charges:  THAT

DAVID J. NOVOTNY

Defendant herein, on or about August 2nd, 2023, within the boundaries of Yosemite National Park, in the Special Maritime and Territorial jurisdiction of the United States, within the State and Eastern District of California, did possess a controlled substance, specifically 0.33 grams of Dimethyltryptamine (DMT), which was tested and confirmed by the State of California, Department of Justice, Bureau of Forensic Services.

/ / /

DATED: May 31, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Sean O. Anderson
SEAN O. ANDERSON
Yosemite Legal Officer

JAS<br>
AUSA INITIALS

## PENALTY SLIP

**DEFENDANT:**   DAVID J. NOVOTNY

**COUNT ONE:**

    VIOLATION:   36 C.F.R. § 2.35(b)(2) – Possession of a controlled substance (Dimethyltryptamine (DMT))
[**Class B Misdemeanor**]

    PENALTY:
- (a) Imprisonment
  Maximum: Six (6) months
- (b) Fine.
  Maximum: Five Thousand Dollars ($5,000)
- (c) Both Fine and Imprisonment.
- (d) Penalty Assessment.
  Mandatory: Ten Dollars ($10)

**FORFEITURE ALLEGATION:**   N/A